JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAN AGUSTIN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>A.K. SCRIBNER,<br><br>　　　　Respondent. | Case No. SACV 06-791-DSF (RNB)<br><br>**J U D G M E N T** |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 3-24-08

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE